United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MITII, Inc.

        Plaintiff,

    v.

OpenAI Global, LLC

        Defendant.

Case No. 26-cv-00191-NW

**JUDGMENT**

On May 8, 2026, the Court dismissed this action with prejudice.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant OpenAI Global, LLC and against Plaintiff MITII, Inc.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 8, 2026

Noël Wise
United States District Judge